4 So.2d 922

**Dave (alias Shine) COLVIN v. STATE.**

6 Div. 804.

Court of Appeals of Alabama.
Oct. 28, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

3 So.2d 918

**Dolly Hancock CONNOR v. Harold HANCOCK.**

6 Div. 791.

Court of Appeals of Alabama.
June 24, 1941.

Morel Montgomery, of Birmingham, for appellant.

Wilkinson & Skinner and Clark Williams, all of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellee.

1 So.2d 41

**Edd COOPER v. STATE.**

8 Div. 131.

Court of Appeals of Alabama.
Feb. 18, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Affirmed.

3 So.2d 919

**O. C. COOPER, alias White v. STATE.**

4 Div. 662.

Court of Appeals of Alabama.
May 27, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.

Affirmed.

5 So.2d 844

**Randolph COPELAND v. W. W. COPELAND.**

7 Div. 638.

Court of Appeals of Alabama.

Jan. 13, 1942.

PER CURIAM.

Appeal dismissed, want of prosecution.

10 So.2d 56

**Mason (alias Red) CORDER v. STATE.**

8 Div. 234.

Court of Appeals of Alabama.
Oct. 6, 1942.

R. B. Patton and D. U. Patton, both of Athens, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed, motion of appellant.